**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Janette English and Jermaine English,                    Court File No.: 04-5038 JNE/AJB

                    Plaintiffs,

vs.                                                            **ORDER**

Minneapolis Police Officer Billy Peterson
# 5561, individually, personally and
officially as a Minneapolis Police Officer

                    Defendant.

_____

Albert T. Goins, Goins & Wood, for Plaintiffs
C. Lynne Fundingsland, Assistant Minneapolis City Attorney, for Defendant

_____

        Based upon the Report and Recommendation by United States Magistrate Judge Arthur J.

Boylan dated February 21, 2006, with all the files and records, and no objections having been

filed to said Recommendation, **IT IS HEREBY ORDERED** that:


        1.  Defendant's Motion for Sanctions and Costs is **granted in part and denied in part**
        [Docket No. 17] as provided herein.  The complaint in this matter is **dismissed** without
        prejudice;

        2.  Janette English and Jermaine English shall be allowed to re-serve and re-file their
        complaint only upon full payment of Peterson's costs as set forth below; and

        3. Peterson's motion for costs is granted.  Defendant is awarded costs in the amount of
        three hundred seventy-five dollars to be paid by Janette English and Jermaine English.


DATED:  March 10, 2006


                                                    s/  Joan N. Ericksen
                                                    Joan N. Ericksen
                                                    United States District Court Judge